IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-277 RM

**UNITED STATES OF AMERICA,**

  Plaintiff,

v.

1. **BERNARD MURRAY,**

  Defendant.

## INDICTMENT
### 18 U.S.C. § 111(a)(1)

The Grand Jury charges that:

## COUNT ONE
### Assaulting and Resisting and Impeding Federal Employee
### (Physical Contact)

On or about October 27, 2015, at the United States Penitentiary Bureau of Prisons facility, Florence, Colorado, in the State and District of Colorado, BERNARD MURRAY, did knowingly forcibly assault, resist, oppose, impede, intimidate and interfere with the victim, M.B., an officer and employee of the Federal Bureau of Prisons, an agency of a branch of the United States government, as designated in Title 18, United States Code, Section 1114, while the victim was engaged in and on account of the performance of official duties and such acts involved physical contact with the victim.

In violation of Title 18, United States Code, Sections 111(a)(1)

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
  FOREPERSON


ROBERT C. TROYER
Acting United States Attorney


By:<u>s/Caroline H. Friedman</u>
CAROLINE H. FRIEDMAN
Assistant U.S. Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Telephone 303-454-0100
Fax 303-454-0403
Email: caroline.h.friedman@usdoj.gov
Attorney for the government