IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 16-cr-00277-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERNARD MURRAY,

    Defendant.

---

## VERDICT FORM

---

### COUNT ONE

We, the jury, upon our oaths, unanimously find the defendant, BERNARD MURRAY:

\_\_\_\_ Not Guilty

_X_ Guilty

of the offense charged in Count One of the indictment.

Dated this __1__ day of __June__, 2017.

_____
PRESIDING JUROR